Shari A. Rose, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Allison Kidd–Miller, Robert E. Kirschman, Jr., Benjamin C. Mizer; Y. Ken Lee, Martin James Sendek, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

NEWMAN, SCHALL, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Martin B. Pavané, Cozen O'Connor, New York, NY, argued for plaintiff-appellant. Also represented by Lisa A. Ferrari.

John Allcock, DLA Piper LLP (US), San Diego, CA, argued for defendant-cross-appellant. Also represented by Erin Gibson, Stanley Joseph Panikowski III; Mark D. Fowler, East Palo Alto, CA.

MOORE, O'MALLEY, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

**EMBLAZE LTD., now known as B.S.D. Crown Ltd., Plaintiff–Appellant,**

v.

**APPLE INC., Defendant–Cross–Appellant.**

Nos. 2014–1734, 2015–1400, 2015–1557.

United States Court of Appeals, Federal Circuit.

May 4, 2016.

**OIL STATES ENERGY SERVICES, LLC, Appellant,**

v.

**GREENE'S ENERGY GROUP, LLC, Appellee.**

No. 2015–1855.

United States Court of Appeals, Federal Circuit.

May 4, 2016.